■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FRED L. MOYE, Appellant. [714 NYS2d 923] —Judgment unanimously affirmed. Memorandum: Defendant appeals from a judgment entered upon a jury verdict convicting him of forgery in the second degree (Penal Law § 170.10 [1]), criminal possession of stolen property in the fourth degree (two counts) (Penal Law § 165.45) and petit larceny (Penal Law § 155.25). He contends that the proof of guilt is legally insufficient in several

respects. Because he made only a general motion to dismiss based on legally insufficient evidence, his contention is not preserved for our review (*see, People v Gray*, 86 NY2d 10, 19; *People v Shannon*, 269 AD2d 839; *People v Schultz*, 266 AD2d 919, *lv denied* 94 NY2d 906) and, in any event, lacks merit. The evidence is legally sufficient to establish defendant's involvement as an accomplice (*see*, Penal Law § 20.00) in a scheme to steal property with a stolen credit card. We reject defendant's contention that the verdict is against the weight of the evidence (*see, People v Bleakley*, 69 NY2d 490, 495). (Appeal from Judgment of Monroe County Court, Marks, J.— Forgery, 2nd Degree.) Present—Pigott, Jr., P. J., Hayes, Wisner, Scudder and Balio, JJ.